## Commonwealth *v.* Widener, Appellant.

Before BUCHER, J.

Submitted December 15, 1975. *William W. Stainton,* and *Arnold, Bricker, Beyer & Barnes,* for appellant; *Louise G. Herr,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., concurs in the result. *Commonwealth v. Mitchell,* —— Pa. ——, 346 A.2d 48, 50-53 (1975); but see *Commonwealth v. Quarles,* 229 Pa. Superior Ct. 363, 324 A.2d 452, 464-465, 466-467 (1974).